J. Russell Stedman (117130),
rstedman@bargerwolen.com
Jennifer N. Lee (230727),
jlee@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DOUET, | CASE NO. 2:10-CV-02500-FCD-GGH |
| Plaintiff, | Hon. Frank C. Damrell |
| v. | **STIPULATION AND ORDER OF PARTIES FOR DISMISSAL OF DEFNDANT GOLDEN STATE WATER COMPANY LONG TERM DISABILITY PLAN** |
| GOLDEN STATE WATER COMPANY LONG TERM DISABILITY PLAN, SUN LIFE ASSURANCE COMPANY | |
| Defendant. | Complaint Filed: September 15, 2010 |

The parties to this action, through their respective counsel, stipulate and agree as follows:

1.    WHEREAS Plaintiff Peter Douet ("Douet") has filed this action alleging the improper denial of long-term disability insurance benefits under an employee benefit plan;

2.    WHEREAS the Employee Retirement Income Security Act of 1974 ("ERISA"), and specifically, 29 U.S.C. § 1132(b)(1), provides that an employee benefit plan is an entity that may sue or be sued in an action brought pursuant to ERISA;

3.    WHEREAS 29 U.S.C. § 1132(d)(2) also provides that any money judgment against an employee benefit plan shall be enforced only against the Plan as an entity;

STIPULATION AND ORDER OF PARTIES FOR DISMISSAL OF DEFENDANT GOLDEN STATE WATER COMPANY LONG TERM DISABILITY PLAN
2:10-CV-02500-FCD-GGH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

4. WHEREAS defendant Golden State Water Company Long Term Disability Plan (the "Plan") is an employee welfare benefit plan established and maintained by Golden State Water Company, the company that employed Douet;

5. WHEREAS Douet is or was a participant in the Plan;

6. WHEREAS the Plan is fully insured by defendant Sun Life Assurance Company of Canada ("Sun Life") under policy no. 29543 with respect to long-term disability benefits. Sun Life also administered Douet's claim for long-term disability benefits.

7. WHEREAS Douet has made no allegations regarding any erroneous or wrongful acts of the Plan itself, other than acts made on its behalf by Sun Life in respect of his claim;

8. WHEREAS the parties hereto have agreed that if, at the conclusion of this lawsuit, it is determined that Douet is entitled to long-term disability benefits under the Plan, any benefit to which Douet is entitled will be paid by Sun Life under the Sun Life policy (subject to its terms and conditions), and any such benefits will not be paid by the Plan;

9. WHEREAS although the Plan is required to be named as a party to this action, because the Plan is fully insured by Sun Life's policy and Sun Life made the claim decision at issue, the Plan is a nominal party and should not be required to actively participate in this suit.

IT IS THEREFORE AGREED AND STIUPLATED by the parties (through their respective counsel of record) that the Plan be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October ___, 2010                           BARGER & WOLEN LLP


By: /s/_____
    J. RUSSELL STEDMAN
    JENNIFER N. LEE
    Attorneys for Defendant SUN LIFE
    ASSURANCE COMPANY OF
    CANADA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION AND ORDER OF PARTIES FOR DISMISSAL OF DEFENDANT GOLDEN STATE WATER COMPANY LONG TERM DISABILITY PLAN
2:10-CV-02500-FCD-GGH

| | |
|---|---|
| Dated: October ___, 2010 | LAW OFFICE OF JESSE S. KAPLAN |
| | By: /s/_____<br>JESSE S. KAPLAN<br>Attorneys for Plaintiff<br>PETER DOUET |
| Dated: October ___, 2010 | MITCHELL, SILBERBERG & KNUPP, LLP |
| | By: /s/_____<br>CHRISTOPHER B. LEONARD<br>Attorneys for Defendant GOLDEN<br>STATE WATER COMPANY LONG<br>TERM DISABILITY PLAN |

## ORDER

Based upon the foregoing Stipulation, and good causes appearing therefor, Defendant Golden State Water Company Long Term Disability Plan shall be and hereby is dismissed from this case without prejudice.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: October 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND ORDER OF PARTIES FOR DISMISSAL OF DEFENDANT GOLDEN STATE WATER COMPANY LONG TERM DISABILITY PLAN
2:10-CV-02500-FCD-GGH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800