J. Russell Stedman (117130),
rstedman@bargerwolen.com
Jennifer N. Lee (230727),
jlee@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DOUET,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN STATE WATER COMPANY LONG TERM DISABILITY PLAN, SUN LIFE ASSURANCE COMPANY<br><br>    Defendant. | CASE NO. 2:10-CV-02500-FCD-GGH<br><br>Hon. Frank C. Damrell<br><br>**STIPULATION AND ORDER OF PARTIES FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUN LIFE ASSURANCE COMPANY**<br><br>Complaint Filed: September 15, 2010 |

The parties to this action, Plaintiff Peter Douet ("Douet") and Sun Life Assurance Company of Canada ("Sun Life")(collectively the "Parties"), by and through their respective counsel, stipulate as follows:

## **RECITALS**

1. WHEREAS Douet has filed this action alleging the improper denial of long-term disability insurance benefits under an employee benefit plan;

2. WHEREAS Golden State Water Company Long Term Disability Plan (the "Plan") is an employee welfare benefit plan established and maintained by Golden State Water Company, the company that employed Douet;

3. WHEREAS Douet is or was a participant in the Plan;

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION AND ORDER OF PARTIES FOR REMAND OF APPEAL AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUN LIFE ASSURANCE COMPANY2:10-CV-02500-FCD-GGH

4.     WHEREAS the Plan is fully insured by defendant Sun Life under policy no. 29543 with respect to long-term disability benefits.  Sun Life administered Douet's claim for long-term disability benefits.  The Plan has previously been dismissed from this action without prejudice;

5.     WHERAS Douet made a claim for long-term disability benefits that was denied by Sun Life.  Douet then appealed the claim denial.  The decision was reevaluated by Sun Life, which upheld its decision to deny Douet's claim for long-term disability benefits;

6.     WHEREAS Douet filed a Complaint in this Court and attached to the Complaint were additional materials never previously submitted to Sun Life that he alleges support his disability claim;

7.     WHEREAS the Parties have reached an agreement to remand Douet's claim for long-term disability benefits to Sun Life for further determination of the appeal and Sun Life will evaluate for purposes of the appeal the materials attached to the Complaint and make any further evaluation as Sun Life deems necessary;

8.     WHEREAS the Parties wish to avoid litigation at this time in light of their agreement to remand Douet's claim for further determination of the appeal; and

9.     WHEREAS the Parties have entered into a separate Standstill and Tolling Agreement to toll any applicable Statute of Limitations relating to Douet's long-term disability claim.

IT IS THEREFORE AGREED AND STIPULATED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Douet's claim for long-term disability benefits be remanded to Sun Life for further determination of the appeal, including any evaluation Sun Life deems necessary in consideration of materials attached to the Complaint.  The dismissal shall be without prejudice to all of Douet's claims asserted in this action and to his right to file a new action pertaining to his long-term disability claim in the future.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-2-
STIPULATION AND ORDER OF PARTIES FOR REMAND OF APPEAL AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUN LIFE ASSURANCE COMPANY
2:10-CV-02500-FCD-GGH

1  Dated: December 15, 2010           BARGER & WOLEN LLP

3                                    By: /s/ Jennifer N. Lee
4                                        J. RUSSELL STEDMAN
                                         JENNIFER N. LEE
                                         Attorneys for Defendant SUN LIFE
5                                        ASSURANCE COMPANY OF
                                         CANADA

7  Dated: December 15, 2010           LAW OFFICE OF JESSE S. KAPLAN

9                                    By: /s/ Jesse S. Kaplan
                                         JESSE S. KAPLAN
10                                       Attorneys for Plaintiff
                                         PETER DOUET

-3-
STIPULATION AND ORDER OF PARTIES FOR REMAND OF APPEAL AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUN LIFE ASSURANCE COMPANY
2:10-CV-02500-FCD-GGH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

# ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor, this action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Douet's claim for long-term disability benefits be remanded to Sun Life for further determination of the appeal, including any evaluation Sun Life deems necessary in consideration of materials attached to the Complaint.  The dismissal shall be without prejudice to all of Douet's claims asserted in this action and to his right to file a new action pertaining to his long-term disability claim in the future.

**IT IS SO ORDERED.**

DATED:   December 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-4-
STIPULATION AND ORDER OF PARTIES FOR REMAND OF APPEAL AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUN LIFE ASSURANCE COMPANY
2:10-CV-02500-FCD-GGH